July 22, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

BRENDALYN LANE-JONES, Appellant

NO. 14-13-00054-CV                          V.

THE ESTATE OF ODEAN JONES, DECEASED, Appellee

_____

      This cause, an appeal from the judgment in favor of appellee, The Estate of Odean Jones, signed December 3, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

      We order appellant, Brendalyn Lane-Jones, pay all costs incurred in this appeal.

      We further order this decision certified below for observance.